DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE LEE BLACKMAN, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-616

[June 23, 2022]

Appeal of order denying rule 3.800 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502008CF015832.

Willie Lee Blackman, Jr., Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***